# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BIG RIG REPAIR , INC., a Nebraska Corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | 8:08CV397 |
| **HEATFLEXX, INC., a Michigan corporation, and AYOTTE TRAILERS RENTALS, INC., d/b/a AYOTTE DISTRIBUTION, foreign corporation,** | ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

A hearing was held April 9, 2009 on defense counsel's motion for leave to withdraw. The court finds that the motion should be granted.

**IT IS ORDERED** that the motion (Doc. 30) is granted. David E. Copple and the law firm of Copple, Rockey & McKeever, P.C., L.L.O. are given leave to withdraw as counsel for defendant Heatflexx, Inc. and Ayotte Trailers Rentals, Inc., d/b/a Ayotte Distribution. The court will terminate future electronic notices to Mr. Copple.

**DATED April 9, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**