## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BIG RIG REPAIR, INC., a Nebraska Corporation, | ) ) ) | CASE NO: 8:08CV397 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | FINAL JUDGMENT BY DEFAULT |
| HEATFLEXX, INC., a Michigan Corporation, and AYOTTE TRAILERS RENTALS, INC., d.b.a. Ayotte Distribution, a Foreign Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for Attorney's Fees and for Entry of Total Judgment. (Filing No. 49). On May 18, 2009, this Court granted the Plaintiffs' Motion for Default Judgment (Filing No. 48) and ordered the Plaintiff to submit to the Court its application for attorney's fees and costs.

In its Motion, the Plaintiff now moves the Court to enter judgment against Defendants and in favor of Plaintiff in the amount of $2,672.00 in attorney's fees and $326.66 for costs. The Court has reviewed the accompanying Index of Evidence, including counsel's affidavit (Filing No. 51), and finds the Plaintiff's request for attorney's fees and costs to be reasonable and appropriate.

Accordingly, the Court finds that the Defendant owes no additional amount to the Plaintiffs, and thus the Court awards the Plaintiff the $2,672.00 in attorney's fees and $326.66 for costs that the Plaintiff has requested in its Motion. (Filing No. 49).

IT IS ORDERED:

1. The Plaintiff's Motion for Attorney Fees and Costs and for Entry of Total Judgment (Filing No. 49) is granted; and

2. Final Judgment by default is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $2,998.66.

DATED this 2nd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Court